**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 16-cv-01159-RM

FEDERAL TRADE COMMISSION,

    Plaintiff,

v.

LEARNINGRX FRANCHISE CORP., and
KEN GIBSON, individually and as an officer of
LEARNINGRX FRANCHISE CORP.,

    Defendants.

_____

### FINAL JUDGMENT
_____

Pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the STIPULATED ORDER FOR PERMANENT INJUNCTION AND OTHER EQUITABLE RELIEF AGAINST DEFENDANTS LEARNINGRX FRANCHISE CORP. AND KEN GIBSON (Doc. 9) of Judge Raymond P. Moore entered on May 24, 2016 (hereafter "STIPULATED ORDER"), it is

ORDERED that Final Judgment is entered as to the plaintiff, THE FEDERAL TRADE COMMISSION, and the defendants, LEARNINGRX FRANCHISE CORP. and KEN GIBSON, as reflected in the STIPULATED ORDER, including the monetary judgment against defendant

LEARNINGRX FRANCHISE CORP under Part V of the STIPULATED ORDER (Doc. 9).

Dated at Denver, Colorado, this 24th day of May, 2016.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                    By:   s/C. Pearson
                         C. Pearson
                         Deputy Clerk